# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANNEN GIBSON**  PLAINTIFF
**ADC #131271**

V.  NO: 4:17CV00175 JLH/PSH

**STEVE LOPEZ,** *et al.*  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Brannen Gibson filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 21, 2017 (Doc. No. 1).[1] On March 23, 2017, the Court entered an order directing Gibson to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Gibson was also directed to file an amended complaint. *Id.* Gibson was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] Gibson is one of two plaintiffs who originally filed the complaint together. Pursuant to direction from the Court, the Clerk opened two cases; each with a single plaintiff.

More than 30 days have passed, and Gibson has not complied or otherwise responded to the March 23 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Gibson's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE