IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANNEN GIBSON**                                                              **PLAINTIFF**
**ADC #131271**

**V.**                 **NO: 4:17CV00175 JLH/PSH**

**STEVE LOPEZ,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of May, 2017.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE